UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 DEC -2 A 11: 33

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR, | CIVIL ACTION NO.<br>3:02CV01122 (DJS) |
| Plaintiff, | |
| VS. | |
| STEVEN A. BECKER, JOHN F. SMITH, JR.,<br>TIMOTHY GRIFFIN, PHILLIP WARZECHA,<br>KENDLAND COMPANY, INC., KENDLAND<br>COMPANY, INC. PROFIT SHARING PLAN<br>and KENDLAND COMPANY, INC. MONEY<br>PURCHASE PLAN, | NOVEMBER 26, 2003 |
| Defendants. | |

### STIPULATION OF DISMISSAL

Pursuant to 41(c) of the Federal Rules of Civil Procedure, the parties in the above-entitled action, by their undersigned counsel, hereby stipulate and agree to a voluntary dismissal of all cross-complaints filed by and between the parties. This dismissal is with prejudice, and without costs or attorneys' fees, and is in accordance with the settlement reached by the parties which was consummated by the Consent Judgment entered by the Court on July 15, 2003.

DEFENDANT,
STEVEN A. BECKER

By: _____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT  06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

DEFENDANT,
JOHN F. SMITH, JR.

By _____
James E. Miller, Esquire of
SHEPHERD FINKELMAN MILLER
& SHAH, LLC
One Lewis Street
Hartford, CT 06103
Telephone No. (860) 246-0600
Facsimile No. (860) 246-0700
Federal Bar No. ct21560

DEFENDANT,
TIMOTHY GRIFFIN


By /s/ Frank J. Liberty
Frank J. Liberty, Esquire of
SUISMAN, SHAPIRO, WOOL, BRENNAN,
GRAY & GREENBERG, P.C.
2 Union Plaza, Suite 200
P.O. Box 1591
New London, CT  06320
Telephone No. (860) 442-4416
Facsimile No. (860) 442-0495
Federal Bar No. ct14089

_/s/ Phillip M. Warzecha_
DEFENDANT,
PHILLIP WARZECHA


By _/s/ Joseph V. Meaney, Jr._
    Joseph V. Meaney, Jr., Esquire of
    CRANMORE, FITZGERALD & MEANEY
    49 Wethersfield Avenue
    Hartford, CT 06114-1102
    Telephone No. (860) 522-9100
    Facsimile No. (860) 522-3379
    Federal Bar No. ct04315

## CERTIFICATION

This is to certify that on the 26th day of November, 2003, a copy of the foregoing Stipulation of Dismissal was served upon:

Maureen L. Canavan, Esquire
United States Department of Labor
Office of the Solicitor
J.F.K. Federal Building, Room E-375
Boston, MA 02203

Frank J. Liberty, Esquire
Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C.
2 Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320

Joseph V. Meaney, Jr., Esquire
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

James E. Miller, Esquire
Shepherd Finkelman Miller & Shah, LLC
One Lewis Street
Hartford, CT 06103

Richard P. Weinstein

WCLIENTS\BECKER\LABOR DEPT\STIP DISMISSAL\PAB