# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor<br>  Plaintiff | : |
| v. | : CIVIL NO.: 3:02cv1122(DJS) |
| STEVEN A. BECKER, ET AL<br>  Defendants | : |

### ORDER

The parties Stipulation of Dismissal with prejudice (Doc. #57) is hereby

**GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   10th    day of December, 2003.


 /s/DJS
Dominic J. Squatrito
United States District Judge