UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

        Plaintiff,

v.

STEVEN A. BECKER, JOHN F. SMITH, JR.,
TIMOTHY GRIFFIN, PHILLIP WARZECHA,
KENDLAND COMPANY, INC., KENDLAND
COMPANY, INC. PROFIT SHARING PLAN and
KENDLAND COMPANY, INC. MONEY PURCHASE
PLAN,

        Defendants.

CIVIL ACTION

FILE NO. 3:02:CV01122 DJS

## MOTION TO MODIFY CONSENT JUDGMENT

Plaintiff, Secretary of Labor, hereby moves to modify the Consent Judgment entered by this Court on July 15, 2003. In making this request, Plaintiff has contacted counsel for defendants Steven A. Becker, Phillip Warzecha, John F. Smith, Jr. and Timothy Griffin. Counsel for all defendants join in this Motion. The requested modification is necessitated by a mathematical error included in the original Consent Judgment. In addition, the parties require additional time within which to terminate the employee benefit plans at issue in this matter and to make distributions as required under the original Consent Judgment. Counsel for defendant Becker has contacted the Plans' administrator who anticipates that distributions under the Plans and termination of the Plans will be completed pursuant to the modification below. The parties agree that the following language shall be substituted for the language contained in the original Consent Judgment, at paragraphs numbered 1, 5 and 6:

1. In connection with the allegations of breach of fiduciary duty set forth in the Complaint, Defendants Steven A. Becker, John F. Smith, Jr., Phillip Warzecha and Timothy Griffin agree that the Kendland Company, Inc. Profit Sharing Plan (the "Profit Sharing Plan") is owed the amount of

$253,114.75 (the "gross amount owed the Profit Sharing Plan"). Said gross amount owed the Profit Sharing Plan shall be allocated, on a pro rata basis, to Profit Sharing Plan participant account balances as of December 31, 2002. No portion of the gross amount owed the Profit Sharing Plan shall be allocated to the account balance of Defendant trustee Steven A. Becker, and the gross amount owed the Profit Sharing Plan shall be reduced by the portion of the gross amount owed the Profit Sharing Plan which otherwise would have been allocated to the account of Steven A. Becker. In addition, only 77.89 percent of Defendant Phillip Warzecha's pro rata share of the gross amount owed the Profit Sharing Plan shall be allocated to his account, and the gross amount owed the Profit Sharing Plan shall be reduced by the amount which otherwise would have been allocated to the account of Phillip Warzecha.

Further, Defendant Steven A. Becker shall waive his interest in all investments of the Profit Sharing Plan (hereinafter "liquid investments"), except for the Profit Sharing Plan's investments in Minor League Sports Limited Partnership, Campus Associates and Orchard Park Limited Partnership, which investments shall be transferred to the account of Steven A. Becker. Defendant Steven A. Becker shall also waive any interest he has in the Profit Sharing Plan's forfeiture account. Defendant Steven A. Becker's waived interest in the Profit Sharing Plan's liquid investments shall be redistributed to the remaining participants in the Profit Sharing Plan on a pro rata basis consistent with their proportional interests in the Profit Sharing Plan.

The estate of former trustee Nathan Becker has agreed to take an in kind distribution under the Profit Sharing Plan in the form of the Profit Sharing Plan's interest in the Keners Group and agrees to waive any interest it may have in any other investments of the Profit Sharing Plan. Each Profit Sharing Plan participant other than Defendants Steven A. Becker and Phillip Warzecha and the estate of Nathan Becker, shall receive as his/her distribution under the Profit Sharing Plan an amount equal to the participant's account balance as of December 31, 2002 plus or minus any investment earnings or losses on that balance from January 1, 2003 to the date of distribution, plus the participant's pro rata

share in the Profit Sharing Plan's forfeiture account, plus the participant's pro rata share of the $253,114.75 ordered by this Judgment. Defendant Phillip Warzecha shall receive as a distribution under the Profit Sharing Plan his account balance as of December 31, 2002 plus or minus any investment earnings or losses on that balance from January 1, 2003 to the date of distribution, plus Mr. Warzecha's pro rata share of the Profit Sharing Plan's forfeiture account, plus 77.89 percent of Mr. Warzecha's pro rata share of the $253,114.75 ordered by this Judgment.

5. Defendant Steven A. Becker shall take all appropriate measures to effect proper termination of the Plans, including, but not limited to, amending the Plans to provide for redistribution of the Plans' forfeiture accounts among plan participants and beneficiaries, amending the Plans to comply with ERISA and other applicable laws, and providing the Plans' participants and beneficiaries with all notices and documentation required by ERISA. Within 50 days of the date of this Motion, or in any event no later than January 15, 2004, defendant Steven A. Becker shall ensure that the Plan is terminated in compliance with the mandates of ERISA, the regulations promulgated thereunder as well as any other applicable statutory or regulatory provisions.

6. Defendant Steven A. Becker shall take all appropriate measures to effect the proper distribution of each Plan participant's respective interest in the Plan within 150 days of the date of this Motion, or in any event no later than April 24, 2004.

WHEREFORE, Plaintiff, with the consent of all defendants, requests that the Consent Judgment be modified as set forth above.

Howard Radzely
Acting Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

Post Office Address:

U.S. Department of Labor
Office of the Solicitor
JFK Federal Building, Room E-375
Boston, MA 02203
Tel: (617) 565-2500
FAX: (617) 565-2142

Maureen L. Canavan
Attorney
CT Bar No. 14133
United States Department of Labor
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I do hereby certify that I served the foregoing MOTION TO MODIFY CONSENT JUDGMENT on the _8th_ day of December, 2003, by placing one (1) copy of same in a franked envelope addressed to:

Anthony C. DeFillipis, Esq.
Cranmore, Fitzgerald & Meaney
49 Wethersfield Avenue
Hartford, CT  06114-1102

Frank J. Liberty, Esq.
Suisman, Shapiro, Wool, Brennan,
   Gray & Greenberg, P.C.
2 Union Plaza, Suite 200
P.O. Box 1591
New London, CT  06320

Richard P. Weinstein, Esq.
Weinstein & Wisser, P.O.
29 South Main Street, Suite 207
West Hartford, CT  06107

James Miller, Esquire
Shepherd, Finkelman, Miller & Shah LLC
One Lewis Street
Hartford, CT  06103