## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**ELAINE L. CHAO, Secretary of Labor,**
**United States Department of Labor**       :
    **Plaintiff**

    **v.**                                          :   **CIVIL NO.: 3:02cv1122(DJS)**

**STEVEN A. BECKER, ET AL**              :
    **Defendants**

### ORDER

The Motion to Modify Consent Judgment (Doc. #59) is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  __18th__  day of December, 2003.

                       /s/DJS
                       Dominic J. Squatrito
                       United States District Judge