UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 APR 21  A 11: 26

U.S. DISTRICT COURT

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | CIVIL ACTION NO. 3:02CV01122 (DJS) |
| Plaintiff, | |
| VS. | |
| STEVEN A. BECKER, JOHN F. SMITH, JR., TIMOTHY GRIFFIN, PHILLIP WARZECHA, KENDLAND COMPANY, INC., KENDLAND COMPANY, INC. PROFIT SHARING PLAN and KENDLAND COMPANY, INC. MONEY PURCHASE PLAN, | APRIL 20, 2004 |
| Defendants. | |

### MOTION FOR EXTENSION OF TIME
### TO COMPLY WITH CONSENT JUDGMENT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the defendant in the above-entitled action, Steven A. Becker (hereinafter "Becker"), hereby moves the Court for a ninety (90) day extension of time up to and including July 26, 2004 within which to complete the distribution of the profit sharing plan and the money purchase plan.

The undersigned requests this extension for the reason that there are a number of unusual complications in finalizing the distribution, including the estates of one or more participants, dealing with illiquid assets and the consent required by limited partners from

the entities controlling the illiquid assets, the failure of participants to respond to a potential distribution and difficulty in identifying one or more of the participants, all of which will make distribution of the plans by the April 24, 2004 deadline set forth in the Motion to Modify Consent Judgment improbable.

Pursuant to Rule 7(b) of the Local Rules of the Court, the undersigned represents that this information has been communicated to plaintiff's counsel, Attorney Maureen L. Canavan, and she has indicated that she has no objection to this request. Further, this is the first extension requested by the defendant Becker in regard to compliance with the Consent Judgment.

WHEREFORE, the defendant Becker respectfully requests that the Motion for Extension of Time to Comply with Consent Judgment be granted.

DEFENDANT,
STEVEN A. BECKER

By _____
Richard P. Weinstein, Esquire of
WEINSTEIN & WISSER, P.C.
29 South Main Street, Suite 207
West Hartford, CT 06107
Telephone No. (860) 561-2628
Facsimile No. (860) 521-6150
Federal Bar No. ct06215

## CERTIFICATION

This is to certify that on the 20th day of April, 2004, a copy of the foregoing was served upon:

Maureen L. Canavan, Esquire
United States Department of Labor
Office of the Solicitor
J.F.K. Federal Building, Room E-375
Boston, MA  02203

Frank J. Liberty, Esquire
Suisman, Shapiro, Wool, Brennan, Gray & Greenberg, P.C.
2 Union Plaza, Suite 200
P.O. Box 1591
New London, CT  06320

Joseph V. Meaney, Jr., Esquire
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT  06114-1102

James E. Miller, Esquire
Shepherd, Finkelman, Miller & Shah, LLC
One Lewis Street
Hartford, CT  06103-2509

_____
Richard P. Weinstein

WCLIENTS\BECKER\LABOR DEPT\EXTEND TIME CONSENT JUDG\PBE