UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ELAINE L. CHAO, Secretary of Labor,**
**United States Department of Labor**     :
    **Plaintiff**

    **v.**                                    :    CIVIL NO.: 3:02cv1122(DJS)

**STEVEN A. BECKER, ET AL**              :
    **Defendants**

### ORDER

The Motion for Extension of Time to Comply with Consent Judgment (Doc. #61) is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  27th   day of April, 2004.


       /s/DJS
       Dominic J. Squatrito
       United States District Judge